

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 16, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Daniel Resnick*, **21 Mag. 11991**

Dear Judge Krause:

      The defendant in the above-referenced case self-surrendered to the courthouse this morning. As a result, the Government respectfully requests that the Court unseal the complaint.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/ Derek Wikstrom
      Derek Wikstrom / James McMahon
      Assistant United States Attorneys
      Tel:  (914) 993-1946 / 1936

SO ORDERED:

*[signature: Andrew Krause]*

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2021