# LAW OFFICES OF PATRICK A. MULLIN

45 ROCKEFELLER PLAZA, SUITE 2000 · NEW YORK, NEW YORK 10111

WWW.TAXDEFENSE.COM          T 212-639-1600          MULLIN@TAXDEFENSE.COM

**December 27, 2021**

**Honorable Paul E. Davison**
**United States Magistrate Judge**
**United States District Court**
**Southern District of New York**
**300 Quarropas, Chambers #420**
**White Plains, New York 10601**

      Re: <u>United States v. Daniel Resnick</u>
         <u>Dkt. No. 7:21-mj-11991-UA-1</u>

**Your Honor:**

  I write regarding a Bond order entered by Magistrate Andrew E. Krause on December 16, 2021, requiring, among other things, that the defendant provide certain documents related to title to his home, which is used as security for the Bond, by December 27, 2021. Despite the defense' best efforts, we have yet to receive all these documents and therefore, request that Your Honor grant an additional seven (7) days, until January 3, 2022, to secure these documents and provide them to the Government, which consents to this application.

So ordered 12/27/21

  Thank you for every consideration.

      Respectfully submitted,

       PATRICK A. MULLIN

**PAM/st**

<u>Via E-Mail Brigid_Altimari@NYSD.USCOURTS.GOV</u>

Cc: Derek Wikstrom, AUSA <u>Via E-Mail DEREK.WIKSTROM@usdoj.gov</u>
   Vincent Adams, USOPTS Via E-Mail <u>Vincent_Adams@nyspt.uscourts.gov</u>;

400 KELBY STREET
1   SUITE 1700
FORT LEE, NEW JERSEY 07024
T 201-242-9600

2200 PENNSYLVANIA AVENUE N.W.
SUITE 400 EAST TOWER
WASHINGTON, D.C. 20037
T 202-688-1500